IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUZ LORENA SIGUENZA, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-5336 |
| BAYVIEW ASSET MANAGEMENT, LLC, et al | : | |

## ORDER

**AND NOW**, this 6th day of January 2016, upon consideration of the Parties' Joint Motion for Approval of Settlement (ECF Doc. No. 90), and finding: all parties are jointly requesting approval of settlement; all possible class and collective action members have individually signed settlement agreements and releases provided to the Court; the requested fees at a one-third (1/3) contingency and costs, approved by all Plaintiffs, are fair, reasonable and necessary based on a lodestar analysis and the Plaintiff's agreements to pay more than the requested fees and based on our review of supporting certifications under *Gunter v. Ridgewood Energy Corp.*, 223 F. 3d 190, 195, n.1 (3d Cir. 2000); and, the parties provided ample information to evaluate the overall fairness of the settlement, including analysis of factors under *Girsh v. Jensen*, 521 F. 3d 157 (3d. Cir 1975); it is **ORDERED** the Joint Motion (ECF Doc. No. 90) is **GRANTED** and the settlement is **APPROVED.**

This matter is **DISMISSED** with prejudice under Local Rule 41.1(b). The Clerk of Court shall **close** this case.

_____
KEARNEY, J.